H. Thomas Little, Respondent, v. Charles Franzese Construction Co., Inc., Appellant, et al., Defendant.— In an action to recover damages for · personal injuries, defendant appeals from a judgment entered upon a directed

verdict in favor of plaintiff. Judgment reversed on the law and new trial granted, with costs to appellant to abide the event. The evidence presented issues of fact for determination by a jury. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.